UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CATHLEEN LoGRASSO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:18CV1493 RLW |
| | ) | |
| CAPITAL ONE BANK (USA) N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the parties' joint Stipulation of Dismissal (ECF No. 16) is **GRANTED**. The case shall be dismissed with prejudice, each party to bear its own costs.

Dated this 16th day of January, 2019.

*/s/ Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**